UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND ET AL.,

        Petitioners,        21 **CIVIL** 687 (ALC)

   -against-             **JUDGMENT**

RCW INTERIORS, INC.,

        Respondent.
-------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 4, 2022, the Court has granted the petition, the award is confirmed, and judgment is entered in Petitioners' favor as follows: Petitioners are awarded $2,900 pursuant to the September 25, 2020 arbitration award; Respondents are ordered to produce any and all books and records specifically cash disbursement section of the cash book, general ledger, job location records, daily location records, daily time records, and all certified payrolls for the audit period of October 3, 2016 to date to the Board of Trustees of the New York City District Council of Carpenters Benefit Funds; Petitioners are awarded $75 in costs arising out of the proceeding; Petitioners are awarded $725 in attorneys' fees arising out of the proceeding; and Petitioners are awarded post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated:** New York, New York
    October 5, 2022

                       **RUBY J. KRAJICK**
                    _____
                    **Clerk of Court**
             **BY:** *K. Mango*
                    _____
                    **Deputy Clerk**